# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 12-622** |
| | : | |
| **RUBY JONES** | : | |

## <u>O R D E R</u>

**AND NOW**, this 9th day of November, 2016, upon consideration of Magistrate Judge Rice's Report and Recommendation (Doc. No. 36), which comports with the representations made to my Chambers by Mr. Abaza via telephone, it is hereby **ORDERED** that the Report and Recommendation (Doc. No. 36) is **APPROVED and ADOPTED**.  Mr. Abaza's request for compensation in excess of the CJA maximum is **DENIED as moot**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.